1983 Form



# In the United States District Court
# For the Northern District of Alabama

FILED
2016 SEP -6 P 12: 53
U.S. DISTRICT COURT
N.D. OF ALABAMA

JIMMIE KOREA DAVIS

CV-16-HA-1462-S

(Enter above the full name(s) of the plaintiff(s) in this action)

v

JOHN PAUL WEBER

ROGER HEPBURN

DORIS T. TURNER

(Enter above full name(s) of the defendant(s) in this action)

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit

     Plaintiff(s): _____

     Defendant(s) _____

  2. Court (if Federal Court, name the district; if State Court, name the county)

     _____

  3. Docket Number _____

  4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement __Donaldson Correctional Facility._____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )    No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )    No ( )

   C. If your answer is YES:

      1. What steps did you take? _____

         _____

      2. What was the result? _____

         _____

         _____

   D. If your answer is NO, explain why not? _____

      _____

      _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s)  __Jimmie Korea Davis_____

      _____

      Address  __100 Warrior Lane, Bessemer, Alabama 35023-7299._____

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __John Paul Weber__

   is employed as __Attorney__

   at __2316 University Boulevard, Tuscaloosa, Alabama 35401.__

C. Additional Defendants __Roger Hepburn, Assistant District Attorney, 714 Greensboro Avenue, Tuscaloosa, Alabama 35401; and Doris T. Turner, Circuit Clerk, 714 Greensboro Avenue, Tuscaloosa, Alabama 35401.__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

[See Attachment]

Attachment
STATEMENT OF CLAIM

### Conspiracy claim against Weber and Hepburn:

On March 16, 2001, the Tuscaloosa County Grand Jury indicted the plaintiff of unlawful sale of cocaine and further averred the sale occurred within three miles of a school campus. On the same date, the grand jury had returned a no-bill on the two trafficking in cocaine charges. However, the grand jury did indicted the plaintiff of two counts of selling cocaine, but joined the charges with that following the earlier charged of unlawful sale of a controlled substance within three miles of a school. The plaintiff alleges his defense counsel, John Paul Weber, conspired with Tuscaloosa County Assistant District Attorney, Roger Hepburn, on or about March 16, 2001, to falsify evidence to procure his 2001 convictions for trafficking in cocaine. Specifically, he contends that Weber and Hepburn conspired to falsify a pre-trial indictment to show on March 16, 2001, the Tuscaloosa County Grand Jury indicted the plaintiff in a three-count indictment. Count I charged him with unlawful sale of cocaine, and further averred the sale occurred within three miles of a school campus. Counts II and III charged the plaintiff with trafficking in cocaine, when the grand jury had returned a no-bill on the same underlying trafficking charges.

### Conspiracy claim against Weber and Turner

He also claims that his Attorney Weber conspired with Tuscaloosa County Circuit Court Clerk Doris T. Turner to alter the indictment of the grand jury proceedings of March 16, 2001, in connection with his criminal charges. He maintains that the grand jury which had returned a no-bill on the underlying trafficking charges was changed to hide the grand jury's judgment in favor of the plaintiff.

On June 25, 2015, the plaintiff has filed at least three petition for postconviction relief pursuant to Rule 32, Alabama Rules of Criminal Procedure, in the Circuit Court of Tuscaloosa County, Alabama, in which he attacked his 2001 convictions for trafficking in cocaine. On July 7, 2015, the trial court issued an order dismissing the plaintiff's petition. The Alabama Court of Criminal Appeals affirmed the trial court's dismissal by memorandum opinion issued March 11, 2016. After unsuccessfully applying for rehearing in the Alabama Court of Criminal Appeals, the plaintiff filed a Petition for Writ of Certiorari in the Alabama Supreme Court. On June 10, 2016, the Alabama Supreme Court denied the petition and Certificate of Judgment issued that same date.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The plaintiff seeks unspecified declaratory relief and monetary damages.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2016
             (date)

*Jimmy K Davis*

Signature(s)

- 4 -